DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00465-GMN-CWH |
| Plaintiff, ) | |
| ) | **STIPULATION FOR PROTECTIVE ORDER** |
| vs. ) | |
| SUNDAY D. COPELAND, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States, William C. Carrico, Esq., Assistant Federal Public Defender, counsel for defendant SUNDAY D. COPELAND, that this Court issue an Order protecting from disclosure to the public any discovery documents containing the personal identifying and financial identifying information, such as social security numbers, drivers license numbers, dates of birth, bank account numbers, credit and debit card numbers, and addresses, of participants, witnesses and victims in this case. Such documents shall be referred to hereinafter as "Protected Documents." The parties state as follows:

1.  Protected Documents which will be used by the government in its case in chief include personal identifying information and financial identifying information, such as social

1  security numbers, drivers license numbers, dates of birth, bank account numbers, credit and debit
2  card numbers, and addresses, of participants, witnesses, and victims in this case.
3       2.   Discovery in this case is voluminous and includes many of documents which
4  contain personal and financial identifiers. Redacting the personal and financial identifiers of
5  participants, witnesses, and victims would prevent the timely disclosure of discovery to
6  defendants.
7       3.   The United States agrees to provide Protected Documents without redacting the
8  personal identifiers and financial identifiers of participants, witnesses, and victims.
9       4.   Access to Protected Documents will be restricted to persons authorized by the
10 Court, namely defendant, attorney(s) of record and attorneys' paralegals, investigators, experts,
11 and secretaries employed by the attorney(s) of record and performing on behalf of defendant.
12      5.   The following restrictions will be placed on defendant, defendant's attorney(s) and
13 the above-designated individuals unless and until further ordered by the Court. Defendants,
14 defendants' attorneys and the above-designated individuals shall not:
15           a.   make copies for, or allow copies of any kind to be made, by any other
16 person of Protected Documents;
17           b.   allow any other person to read Protected Documents; and
18           c.   use Protected Documents for any other purpose other than preparing to
19 defend against the charges in the Indictment or any further superseding indictments arising out of
20 this case.
21      6.   Defendant's attorney(s) shall inform any person to whom disclosure may be made
22 pursuant to this order of the existence and terms of this Court's order.
23      7.   The requested restrictions shall not restrict the use or introduction as evidence of
24 discovery documents containing personal identifying and financial identifying information, such as
25 social security numbers, drivers license numbers, dates of birth, bank account numbers, credit and
26

debit card numbers, and addresses, of participants, witnesses and victims during the trial of this matter.

8. Upon conclusion of this action, defendant's attorney(s) shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying and financial identifying information such as social security numbers, drivers license numbers, dates of birth, bank account numbers, credit and debit card numbers, and addresses, within a reasonable time, not to exceed thirty days after the last appeal is final.

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn                February 20, 2013
KIMBERLY M. FRAYN                    DATE
Assistant United States Attorney


/s/ William C. Carrico, Esq.         February 21, 2013
WILLIAM C. CARRICO, ESQ.             DATE
Assistant Federal Public Defender
Counsel for defendant
SUNDAY D. COPELAND,

**ORDER**

IT IS SO ORDERED this ___22___ day of _____February___ 2013.

_____
UNITED STATES MAGISTRATE JUDGE