1    RENE L. VALLADARES
     Federal Public Defender
2    Nevada State Bar No. 11479
     WILLIAM CARRICO
3    Nevada State Bar No. 003042
     Assistant Federal Public Defender
4    411 E. Bonneville Avenue, Ste. 250
     Las Vegas, Nevada 89101
5    (702) 388-6577/Phone
     (702) 388-6261/Fax
6

7    Attorneys for Sunday Copeland

8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11                        * * *

12   UNITED STATES OF AMERICA,              2:12-cr-465-JAD-CWH

13             Plaintiff,

14   vs.                            **STIPULATION TO CONTINUE
                                     SENTENCING DATE**
15   SUNDAY COPELAND,                    (Second Request)

16             Defendant.

17

18        IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

19   States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States

20   of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant

21   Federal Public Defender, counsel for SUNDAY COPELAND, that the sentencing hearing scheduled

22   for Monday, May 4, 2014 at the hour of 11:00 a.m., be vacated and set to a date and time convenient

23   for this Court; however, no event earlier than thirty (30) days.

24        This Stipulation is entered into for the following reasons:

25        1.    The defendant is unable to reserve a hotel room due to the upcoming sporting event

26   in Las Vegas.

27        2.    Counsel for the government is unavailable from May 7-14, 2015.

28        3.    The defendant is not incarcerated and does not object to the continuance.

                                        1

1        4.      The parties agree to the continuance.

2        5.      This is the second request for a continuance of the sentencing hearing filed herein.

3        DATED this 28th day of April, 2015.

4

5   RENE L. VALLADARES                          DANIEL G. BOGDEN
    Federal Public Defender                     United States Attorney

6    */s/ William Carrico*                       */s/ Kimberly M. Frayn*
    By: _____                     By: _____
7    WILLIAM CARRICO,                            KIMBERLY M. FRAYN,
    Assistant Federal Public Defender           Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                            2:12-cr-465-JAD-CWH

          Plaintiff,

vs.

SUNDAY COPELAND,

          Defendant.

### **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, May 4, 2015, be vacated and continued to Thursday, June 4, 2015, at 9:00 a.m. in Courtroom 6D.

DATED this 29th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE